# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| HAHKEEM JAMAL LAYMAN, | |
| Plaintiff, | |
| v. | CASE NO. 3:24-CV-602-CCB-SJF |
| DUSTIN YOUNG, et al., | |
| Defendants. | |

## RECUSAL ORDER

Counsel are advised that the undersigned Magistrate Judge of the District Court hereby recuses himself from these proceedings pursuant to 28 U.S.C. § 455(b). The clerk is directed to randomly reassign this case to another Magistrate Judge within the District for the purpose of conducting all non-dispositive pretrial proceedings routinely considered by a magistrate judge pursuant to 28 U.S.C. § 636(b), General Order 2022-31, and the Rules of this Court.

**SO ORDERED** this 7th day of October 2024.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge