**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| HAHKEEM JAMAL LAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:24-cv-602 |
| | ) | |
| CITY OF ELKHART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF MEDIATOR: AGREEMENT**

Comes now Richard F. McDevitt, duly appointed Mediator in this cause and informs the Court that Mediation was held on September 29, 2026, and that an Agreement was reached by the parties.

Respectfully submitted,
**McDEVITT MEDIATION CENTER**
**By: */s/Richard F. McDevitt*, Mediator**
Attorney No. 10870-45
1435 East 85th Avenue
Merrillville, IN 46410
(219) 472-8350
rfm@mcdevittmediations.com

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2026, service of a true and complete copy of the above pleading was made upon each party or attorney of record herein by depositing the same in the United States mail in envelopes properly addressed with sufficient first-class postage affixed, and/or by the Court's electronic case filing (ECF) system.

**/s/Richard F. McDevitt, Mediator**